UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

STEPHEN HUMPHREY PACIOS,

            Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

            Defendant.

No.   2:12-CV-05111-LRS

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: February 24, 2014

SEAN F. McAVOY
Clerk of Court

By:  _s/Linda Emerson_
       Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE